UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELDAR SOULIAEV,

    Plaintiff,

v.

                         CASE NO. 8:26-cv-00129-SDM-LSG

ALLSTATE INSURANCE COMPANY,

    Defendant.

_____/

## **ORDER**

Alleging breach of contract, Eldar Souliaev sues (Doc. 1) Allstate Insurance Company, which moves (Doc. 13) to dismiss on the ground that the claim is time-barred. No response appears.

On September 26, 2024, the plaintiff's home sustained flood damage. (Doc. 1 ¶ 8) The home was insured under a Standard Flood Insurance Policy issued by Allstate, a Write-Your-Own carrier participating in the National Flood Insurance Program (NFIP). (Doc. 1 ¶¶ 6–7; Doc. 13) On December 22, 2024, Allstate mailed and e-mailed to the plaintiff a partial denial of coverage. (Doc. 13-4) The plaintiff sued Allstate on January 16, 2026. (Doc. 1)

Because the limitation for a claim under an NFIP policy is "one year after the date of mailing of notice of disallowance or partial disallowance," the claim is untimely. 42 U.S.C. § 4072; 44 C.F.R. pt. 61, app. A(1), art. VII(O)

- 2 -

(2022). Accordingly, the motion to dismiss (Doc. 13) is **GRANTED**, and the action is **DISMISSED**. The clerk must close the case.

    **ORDERED** in Tampa, Florida, on April 10, 2026.

                                    STEVEN D. MERRYDAY
                                  UNITED STATES DISTRICT JUDGE